IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No.: 7:13-CV-00203 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| NEWPORT NEWS INDUSTRIAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to the lapse in appropriations for the EEOC that occurred on October 1, 2013 ("lapsed funding period"), the litigation of this matter is hereby STAYED until the EEOC's funding is restored. All pending deadlines in this matter that occur during the lapsed funding period will be extended for the same number of business days as are contained in the lapsed funding period..

If under this Order, any deadlines are required to be extended, the EEOC is directed to file a "Notice of Restoration of Funding and Extended Deadlines" with the clerk of court on the first business day after restoration of EEOC's funding. Such notice shall indicate that funding has been restored to the EEOC and shall identify all deadlines that were affected under the provisions this Order, including for each item the original deadline and the extended deadline.

DATED this _6_ day of _October_, 2013.

_____
United States Magistrate Judge

1